HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
PARIS PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:23-CR-41-KJM |
| Plaintiff, | ) |
| | ) **ORDER TO USMS TO RELEASE MEDICAL** |
| vs. | ) **INFORMATION TO DEFENSE AND** |
| | ) **GOVERNMENT COUNSEL OF RECORD** |
| PARIS PETERS, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |
| | ) |

Pursuant to the defendant's request, which is unopposed by the government, and good cause appearing therefrom, the United States Marshals Service is hereby ORDERED to release all medical information regarding the defendant in its possession, custody, or control to defense and government counsel of record forthwith.

IT IS SO ORDERED.


Dated:  March 31, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE