UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 6, 2025

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PARIS PETERS,

Defendant.

Case No.  2:23-cr-0041-TLN and 2:25-cr-00079-TLN

**ORDER FOR TEMPORARY RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  PARIS PETERS

Case No.  2:23-cr-0041-TLN and 2:25-cr-00079-TLN  Charge 18 USC § 3583 (2:23-cr-00041-TLN) and 18 USC § 922(g)(1)(2:25-cr-00079-TLN) from custody for the following reasons:

|   |   |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | (Other): Defendant temporarily released for medical treatment to the third party custody of Defendant's sister, Timara Hernandez, on 5/13/25 at 9:00 AM and required to return by 4:00 PM on 5/13/25. |

Issued at Sacramento, California on May 6, 2025 at 2:00 PM

By:    _____

U.S. Magistrate Judge Chi Soo Kim