UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
> May 6, 2025
> CLERK, US DSITRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

PARIS PETERS,

              Defendant.

Case No.  2:23-cr-0041-TLN and 2:25-cr-00079-TLN

**ORDER FOR TEMPORARY
RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  PARIS PETERS

Case No.  2:23-cr-0041-TLN and 2:25-cr-00079-TLN  Charge 18 USC § 3583 (2:23-cr-00041-TLN) and 18 USC § 922(g)(1)(2:25-cr-00079-TLN) from custody for the following reasons:

|   | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | (Other): Defendant temporarily released for medical treatment to the third party custody of Defendant's sister, Timara Hernandez, on 5/16/25 at 7:00 AM and required to return by 1:00 PM on 5/16/25 |

Issued at Sacramento, California on May 6, 2025 at 2:00 PM

By: _Chi Soo Kim_

U.S. Magistrate Judge Chi Soo Kim