UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PARIS PETERS,<br><br>　　　　Defendant. | Nos.  2:23-cr-00041-TLN &<br>2:25-cr-00079-TLN<br><br>**ORDER REVOKING TEMPORARY RELEASE OF DEFENDANT PARIS PETERS ON MAY 16, 2025 AND THIRD PARY CUSTODIAN** |

　　　　On May 6, 2025, the Court granted Defendant Paris Peters' motion for temporary release on May 13, 2025 from 9:00 a.m. to 4:00 p.m. and on May 16, 2025 from 7:00 a.m. to 1:00 p.m. for the sole purpose of obtaining medical treatment. *United States v. Peters*, Case Nos. 2:23-cr-00041-TLN (ECF Nos. 31-35) and 2:25-cr-00079-TLN (ECF Nos. 24, 26-29). Timara Hernandez, Defendant Peters' sister, appeared in court on May 6, 2025, was questioned by the undersigned, and was identified as the Third Party Custodian for Defendant Peters for his temporary release on May 13, 2025 and May 16, 2025. Both Hernandez and Defendant Peters signed an agreement to this effect. Case Nos. 2:23-cr-00041-TLN (ECF No. 32) and 2:25-cr-00079-TLN (ECF No. 26).

　　　　On May 14, 2025, the Court held a status conference regarding Defendant's temporary release based on issues that arose on May 13, 2025. Case Nos. 2:23-cr-00041-TLN (ECF Nos. 38-39) and 2:25-cr-00079-TLN (ECF Nos. 32-33).

During the hearing on May 6, 2025, the Court expressly admonished Defendant Peters that if any problems arose during his temporary release on May 13, 2025, the temporary release for May 16, 2025 would be revoked. *See* Case Nos. 2:23-cr-00041-TLN (ECF No. 31) and 2:25-cr-00079-TLN (ECF No. 24) (documenting admonishment).

On May 15, 2025, a Pretrial Release Violation Petition was filed against Defendant Peters for violation of a condition of his temporary release on May 13, 2025. Case No. 2:25-cr-00079-TLN (ECF No. 34). Based on the Pretrial Release Violation Petition filed and the Court's prior express admonishment to Defendant Peters, **the Orders for Temporary Release of Defendant Paris Peters for May 16, 2025** from 7:00 AM to 1:00 PM in Case Nos. 2:23-cr-00041-TLN (ECF No. 34) and 2:25-cr-00079-TLN (ECF No. 28) are **REVOKED**.[1]

In addition, Hernandez's status as a Third Party Custodian for Defendant Peters on May 16, 2025 is also **REVOKED**. Case Nos. 2:23-cr-00041-TLN (ECF No. 32) and 2:25-cr-00079-TLN (ECF No. 26).

Defendant Peters and Timara Hernandez are ordered to appear on May 16, 2025 at 2:00 p.m. in Courtroom 25 before the undersigned.

A copy of this Order shall be provided to the United States Marshal Service, who shall provide a copy of this Order to the Sacramento County Jail.

Dated:  May 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

---

[1] Duplicate entries of the temporary release orders that were filed in the docket have already been noted as disregarded. *See* Case Nos. 2:23-cr-00041-TLN (ECF Nos. 36, 37) and 2:25-cr-00079-TLN (ECF Nos. 30, 31).