HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. MCCLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
PARIS PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:23-CR-00041-TLN |
|---|---|---|
| | ) | 2:25-CR-00079-TLN |
| Plaintiff, | ) | |
| | ) | **SEALING ORDER** |
| v. | ) | |
| | ) | JUDGE: Hon. Troy L. Nunley |
| PARIS PETERS, | ) | |
| | ) | |
| Defendant-Movant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit 1 to Defendant's Reply in support of the pro se Emergency Motion for Reduction in Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A) is granted. Exhibit 1 shall be filed under seal until further order of the Court as it contains confidential medical information.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d1462 (9th Cir. 1990). The Court finds that for the reasons stated in Defendant's Request, sealing Exhibit 1 serves a compelling interest. The further finds that, in the absence of sealing, the compelling interests of the Defendant would be harmed.

**IT IS SO ORDERED.**

DATED: December 19, 2025

_____
Troy L. Nunley
Chief United States District Judge

Peters: Sealing Order